■  HARRY F. MACDONALD et al., Petitioners, v. LOUIS J. LEFKOWITZ, as Attorney-General of the State of New York, Appellant, and TRUSTEES OF THE SAILORS' SNUG HARBOR IN THE CITY OF NEW YORK, Respondents.— ■

Concur —
McGivern, J. P., Markewich, Kupferman, McNally and Steuer, JJ.

■  In the Matter of MAX OMANOFF, Appellant, v. UNITED PICKLE CO., INC., Respondent.—

Concur — Capozzoli, J. P., McGivern, Markewich, Nunez and Kupferman, JJ.

Concur — McGivern, J. P., Markewich, Kupferman, McNally and Steuer, JJ.

■  THE PEOPLE OF THE STATE OF NEW YORK V. JAMES DUNN.—

Concur — Stevens, P. J., McGivern, Nunez, Steuer and Eager, JJ.

■  THE PEOPLE OF THE STATE OF NEW YORK V. HERBERT ESPANOL.—